DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS-ST. JOHN

**Flagstar Bank, NA**,

        Plaintiff,

v.

**Peter R. Najawicz** and **Julie A. Najawicz**, a/k/a Julie Najawicz,

        Defendants.

No. 3:22-cv-00060

## Notice of Settlement

Plaintiff **Flagstar Bank, NA**, by and through its attorneys, BOLTNAGI PC, hereby gives notice to the Court that the parties to this action have settled this matter. The parties intend to file a motion for the entry of a consent judgment within the next thirty (30) days. Plaintiff respectfully asks that the Court hold in abeyance its consideration of the pending motion for summary judgment and stay all deadlines, scheduled conferences, and trial settings. Counsel for Defendants has reviewed this Notice and has given consent for it to be filed.

Respectfully submitted,

Dated: November 1, 2024

/s/ A.J. STONE III, ESQ.
A.J. Stone III, Esq.
V.I. Bar No. 823
BOLTNAGI PC
Merchants Financial Center
4608 Tutu Park Mall, Ste. 202
St. Thomas, VI 00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile
ajstone@vilaw.com

Attorneys for Plaintiff
Flagstar Bank, NA

22085.1422

Notice of Settlement
*Flagstar Bank, NA v. Peter Najawicz*, et al., No. 3:22-cv-00060, No. 3:22-cv-00060
Page 2 of 2

# Certificate of Service

**IT IS HEREBY CERTIFIED** that a true and exact copy of the foregoing was served on following parties by the method indicated on the date below pursuant to LRCi 5.4.9 and Fed. R. Civ. P. 5(b):

**VIA NOTICE OF ELECTRONIC FILING:**

Kye Walker, Esq.
The Walker Legal Group
2201 Church Street, Ste. #16AB, 2nd Floor
Christiansted, St. Croix
U.S. Virgin Islands 00820

Date: November 1, 2024               /s/ A.J. STONE III, ESQ.
                                         BOLTNAGI PC