DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS-ST. JOHN

| | |
|---|---|
| **Select Portfolio Servicing, Inc.**, <br> Plaintiff, <br> v. <br> **Peter R. Najawicz** and **Julie A. Najawicz**, a/k/a Julie Najawicz, <br> Defendants. | No. 3:22-cv-00060 |

# Motion for Entry of Consent Judgment of Foreclosure In Rem

Plaintiff **Select Portfolio Servicing, Inc.** ("**SPS**"), by and through its undersigned counsel, respectfully moves for the entry of the accompanying "Consent Judgment and Order of Foreclosure In Rem" ("**Consent Judgment**") given by Defendants **Peter R. Najawicz** and **Julie A. Najawicz** in the resolution of the instant foreclosure action against the Najawiczes' property ("**Property**") described as:

> Parcel No. 38 Estate Bolongo, No. 3 Frenchman's Bay Quarter, St. Thomas, U.S. Virgin Islands, as shown on P.W.D. Map No. D9-1518-T79.

In support of this Motion,* SPS states as follows:

1. At all times relevant to these foreclosure proceedings, the Najawiczes held title to the Property by means of a warranty deed dated June 8, 2006, as "tenants by the entirety." The deed was recorded that same day in the Office of the Recorder of Deeds

---

* This Motion is filed pursuant to LRCi 7.1(c)(1), which permits the filing of motions of less than five pages in length without requiring a separate memorandum of law.

22085.1422

Case: 3:22-cv-00060-WAL-GAT    Document #: 61    Filed: 06/30/25    Page 2 of 4

Motion for Entry of Consent Judgment of Foreclosure In Rem
*Select Portfolio Servicing, Inc. v. Najawicz*, No. 3:22-cv-00060
Page 2 of 4

for the District of St. Thomas-St. John at Doc. No. 2006006465. A copy of the recorded deed is attached as **Exhibit 1**.

2. The "significant feature" of a tenancy by the entirety is that "the spouses, by reason of their legal unity by marriage, are deemed by the common law to take the whole estate as a single person with the right of survivorship." *Modeste v. Benjamin*, 18 V.I. 619, 621–22, 1981 WL 705006, at *1 (D.V.I. Nov. 3, 1981) (cleaned up). *See also Fed. Nat'l Mortg. Ass'n v. Mangum*, No. CV 2016-0001, 2021 WL 641369, at *2 n.3 (D.V.I. Feb. 18, 2021) (unreported) ("Under Virgin Islands law, a tenancy by the entirety includes the right of survivorship to the property during the marriage." (citing *Modeste*)).

3. On November 1, 2024, both Flagstar and the Najawiczes agreed to dispose of all claims and disputes between and among them by means of a judgment by consent. The accompanying Consent Judgment memorializes that agreement, and it is supported by each party's notarized "Consent to Entry of Judgment of Foreclosure" that are appended to the Consent Judgment and are attached to this Motion collectively as **Exhibit 2**.

4. After executing his consent to entry of judgment, Defendant Peter Najawicz passed away. (*See* Suggestion of Death [ECF 60].) By operation of law, Peter Najawicz's interest in the Property automatically passed to Julie Najawicz upon his death. *See Magnum*, 2021 WL 641369, at *2 (granting motion for default judgment of foreclosure against a surviving spouse who owned mortgaged property with his deceased spouse as tenants by the entirety). Accordingly, SPS is proceeding with obtaining judgment by consent against Julie Najawicz as the sole fee simple owner of the Property.

Motion for Entry of Consent Judgment of Foreclosure In Rem
*Select Portfolio Servicing, Inc. v. Najawicz*, No. 3:22-cv-00060
Page 3 of 4

5. The Consent Judgment includes and is subject to the following agreed-upon terms:

- The foreclosure shall be a judgment in rem against the Property;
- Plaintiff and its nominee(s) and assignee(s) waive all rights to seek a deficiency judgment for any indebtedness that may remain after the sale of the Property; and
- Plaintiff waives all right to enforce any award of attorney's fees or costs against Defendant, including prevailing party attorney's fees under 5 V.I.C. § 541(b).

6. The indebtedness and other amounts due are supported by the Declaration of Amounts Due provided by SPS and by the Declaration of Counsel in Support of Costs and Attorneys' Fees, both of which are filed contemporaneously.

**WHEREFORE**, it is respectfully requested that the Court approve and enter the accompanying Consent Judgment in accordance with its terms.

Respectfully submitted

Dated: June 30, 2025

/s/ A.J. STONE III, ESQ.
A.J. Stone III, Esq.
V.I. Bar No. 823
BOLTNAGI PC
Merchants Financial Center
4608 Tutu Park Mall, Ste. 202
St. Thomas, VI  00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile
aj.stone@vilaw.com

Attorneys for Plaintiff
Select Portfolio Servicing, Inc.

Motion for Entry of Consent Judgment of Foreclosure In Rem
*Select Portfolio Servicing, Inc. v. Najawicz*, No. 3:22-cv-00060
Page 4 of 4

# Certificate of Service

**IT IS HEREBY CERTIFIED** that a true and exact copy of the foregoing was served on following parties by the method indicated on the date below pursuant to LRCi 5.4.9 and Fed. R. Civ. P. 5(b):

**VIA NOTICE OF ELECTRONIC FILING:**

Kye Walker, Esq.
The Walker Legal Group
1116 King Street, Suite 101
Christiansted, Virgin Islands 00820
kye@thewalkerlegalgroup.com

Date: June 30, 2025                             /s/ A.J. STONE III, ESQ.
                                                BOLTNAGI PC